UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIAL STATE PRISON CORCORAN, et al.,<br><br>　　　　Defendants. | No.  1:23-cv-1026-KES-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 6 |

   Plaintiff Kevin Rogers filed this prisoner civil rights action against Defendants seeking relief under 42 U.S.C. § 1983.  Doc. 1.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On December 4, 2023, the magistrate judge issued Findings and Recommendations recommending the district court deny Plaintiff's motion to proceed in forma pauperis and dismiss this matter without prejudice under Local Rule 110 for failure to obey the Court's order to file a correct in forma pauperis application or, in the alternative, pay the filing fee.  Doc. 6 at 2.  The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed by December 18, 2023.  *Id.*

1

Plaintiff has not filed any objections and the time to do so has passed. *See* docket. Plaintiff has also continued to fail to submit a correct in forma pauperis application or pay the filing fee. *Id.*

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued December 4, 2023, Doc. 6, are ADOPTED IN FULL.
2. Plaintiff's application to proceed in forma pauperis, Doc. 2, is DENIED.
3. This action is DISMISSED without prejudice.
4. The Clerk of Court shall terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated: April 1, 2024

UNITED STATES DISTRICT JUDGE